UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ANDREENE ALETHEA BECKFORD,

    Petitioner,

v.                                        Case No: 2:18-cv-117-FtM-38CM

DAVID HARDIN, MARC MOORE,
JIM MARTIN, MICHAEL MEADE,
MATTHEW T ALBENCE, THOMAS
HOMAN, KIRSTJEN M. NIELSEN
and JEFFERSON B. SESSIONS,

    Respondents.
_____/

## **OPINION AND ORDER**[1]

    This matter comes before the Court on Petitioner's Notice of Voluntary Dismissal (Doc. 10) filed on March 26, 2018. Petitioner, who has pending an Amended Petition for Writ of Habeas Corpus (Doc. 5), seeks to voluntarily dismiss the above-captioned matter due to The Department of Homeland Security releasing Petitioner from custody on or about March 21, 2018.

    In relevant part, Rule 41(a) (1), provides that a plaintiff may dismiss an action without a court order "by filing a notice of dismissal before the opposing party serves an

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or websites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other websites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their websites. Likewise, the Court has no agreements with any of these third parties or their websites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

answer or a motion for summary judgment. . . ." Fed. R. Civ. P. 41(a) (1) (A) (i).[2] Respondents have not yet filed a response to the Amended Petition for Writ of Habeas Corpus. Case law holds that "notices of dismissal allowed for under Rule 41(a) (1) (A) (i) are effective upon filing." *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012). Consequently, the Court acknowledges Petitioner's Notice of Voluntary Dismissal (Doc. 10) pursuant to Fed. R. Civ. P. 41(a) (1) (A) (i).

Accordingly, it is hereby **ORDERED**:

The **Clerk of the Court** shall dismiss this case **without prejudice**, terminate any pending motions, and close this case.

**DONE** and **ORDERED** in Fort Myers, Florida this 29th day of March, 2018.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies: All Parties of Record

---

[2] Habeas Corpus Rule 11 permits application of the Federal Rules of Civil Procedure to habeas proceedings "to the extent that they are not inconsistent with any statutory provisions or [the habeas] rules." *Rules Governing Section 2254 Cases in the United States District Courts*, R. 11.